■■■ MANDEEP KAUR BRAR, Respondent, v HARINDER SINGH BRAR, Appellant. [784 NYS2d 424]—Appeal from a judgment of the Supreme Court, Erie County (John F. O'Donnell, J.), entered February 27, 2003. The judgment granted plaintiff a divorce against defendant upon the grounds of cruel and inhuman treatment and abandonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Hayes, JJ.